In the Matter of the Application of Joseph Sikorski, Appellant, for an Order against The Board of Education of the City of New York, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements, upon the ground that this proceeding, brought pursuant to article 78 of the Civil Practice Act, will not lie. (Matter of Gevaert Co. of America, Inc., v. Greeff, 239 App. Div.

895; affd., 262 N. Y. 651; *Molloy* v. *City of New Rochelle*, 198 id. 402; *People ex rel. Belden* v. *Contracting Board*, 27 id. 378.) Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.